IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS ROUGEAU, | ) | No. C 06-4232 WHA (PR) |
| Petitioner, | ) ) | **ORDER DENYING CERTIFICATE OF APPEALABILTY** |
| vs. | ) ) | |
| D.K. SISTO, | ) ) | |
| Respondent. | ) ) ) | (Docket No. 22) |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. The petition was denied on its merits. Petitioner has filed a motion for a certificate of appealability. See 28 U.S.C. 2253(c); Fed. R. App. P. 22(b).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Except for substituting the word "constitutional" for the word "federal," section 2253(c)(2) codified the standard announced by the Supreme Court in *Barefoot v. Estelle*, 463 U.S. 880, 892–93 (1983). *Slack*, 529 U.S. at 475. In *Barefoot*, the court explained that "a substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate

1

1  that the issues are debatable among jurists of reason; that a court <u>could</u> resolve the issues [in a
2  different manner], or that the questions are adequate to deserve encouragement to proceed
3  further." *Barefoot*, 463 U.S. at 893 n.4 (citations and internal quotations omitted).  Any doubts
4  about whether the *Barefoot* standard has been met must be resolved in petitioner's favor.
5  *Lambright v. Stewart*, 220 F.3d 1022, 1024–25 (9th Cir. 2000).

6        The instant petition was denied after careful consideration of the merits.  The Court
7  found no violation of petitioner's federal constitutional rights in the underlying state court
8  proceedings.  Petitioner has failed to demonstrate that jurists of reason would find it debatable
9  whether this Court was correct in its ruling.  Accordingly, petitioner's request for a certificate of
10 appealability (Docket No. 19) is **DENIED**.

11       The clerk shall serve notice of this order forthwith to the United States Court of Appeal
12 and to the parties.  <u>See</u> Fed. R. App. P. 24(a).

13       **IT IS SO ORDERED.**

14 Dated: January 20, 2009

                                                   WILLIAM ALSUP
15                                                    UNITED STATES DISTRICT JUDGE

28 G:\PRO-SE\WHA\HC.06\ROUGEAU232.COA.md